UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 2, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00109-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JOSE GENARO VARGAS-RAMIREZ, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOSE GENARO VARGAS-RAMIREZ</u>, Case No. <u>2:21-cr-00109-JAM</u> Charge <u>21 USC § 846</u>, from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ <u>50,000</u>

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    __X__ (Other): <u>The defendant is to be released on 07/03/2021 at 9:00 AM to the custody and transport of Investigator Juan Barcenas.</u>

Issued at Sacramento, California on July 2, 2021 at 3:12 PM.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire