1  DINA L. SANTOS, SBN 204200
2  A PROFESSIONAL LAW CORP.
   455 CAPITOL MALL, SUITE 802
3  SACRAMENTO, CA 95814
4  Telephone:   (916) 447-0160
   E-mail:      defense@dinasantos.com
5
6  Attorney for Defendant
   JOSE GENARO VARGAS-RAMIREZ
7

8  **IN THE UNITED STATES OF DISTRICT COURT FOR THE**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,

12           Plaintiff,                     Case No.: 21 CR 00109 DAD-8

13                                          **WAIVER OF PERSONAL**
14       v.                                 **APPEARANCE**

15  JOSE GENARO VARGAS-RAMIREZ,

16           Defendant.

17

18   Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Gregorio
19
20   Ontiveros Verdugo, hereby waives the right to be present in person in open court upon the
21   hearing of any motion or other proceeding in this case, including when the case is set for
22   trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act,
23
24   when a detention hearing is held, and when any other action is taken by the Court before
25   or after trial, except upon such critical stages as an arraignment, change of plea,
26   empanelment of jury and imposition of sentence.
27
28   /////

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED: Sept. 27, 2023

/s/ Jose Genaro Vargas-Ramirez
JOSE GENARO VARGAS-RAMIREZ
Defendant

DATED: Sept. 27, 2023

/s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: **September 29, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE