PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
EMILY G. SAUVAGEAU
ANGELA L. SCOTT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOSE GENARO VARGAS-RAMIREZ,<br><br>                    Defendant. | CASE NO.  21-CR-00109-DAD-8<br><br>STIPULATION TO SCHEDULE CHANGE-OF-PLEA HEARING<br><br>DATE: October 8, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant JOSE GENARO VARGAS-RAMIREZ ("defendant"), by and through defendant's counsel of record, Dina Santos, hereby stipulate as follows:

1. On June 23, 2021, defendant was arraigned on the indictment in the above-captioned matter. At a hearing on July 2, 2021, defendant was ordered released on bond. Doc. 44, 68.

2. By previous order, this case was set for trial on November 4, 2024. The Court set a trial confirmation hearing for October 8, 2024. Doc. 208.

3. The government previously extended a written plea offer to defendant, and counsel for defendant indicated that defendant intends to accept that offer. The government will file the agreement upon its receipt of the signed copy from defense counsel.

4. By this stipulation, the parties respectfully request that the Court vacate the currently scheduled trial confirmation hearing and instead set a change-of-plea hearing for defendant

on the same date, October 8, 2024, so that defendant may enter his guilty plea pursuant to the parties' agreement.

IT IS SO STIPULATED

Dated:  October 2, 2024                        PHILLIP A. TALBERT
                                               United States Attorney

                                         By:   /s/ ANGELA L. SCOTT
                                               ANGELA L. SCOTT
                                               Assistant United States Attorney

Dated:  October 2, 2024                        /s/ DINA SANTOS per email authorization
                                               DINA SANTOS
                                               Counsel for Defendant
                                               JOSE GENARO VARGAS-RAMIREZ

### ORDER

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that the trial confirmation hearing currently set for October 8, 2024, is vacated as to defendant JOSE GENARO VARGAS-RAMIREZ ("defendant") and a change-of-plea hearing for defendant is hereby set for October 8, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **October 2, 2024**                    _Dale A. Drozd_
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE